CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100  Fax (907) 274-5111

Attorneys for Defendant United Services
Automobile Association

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HOWARD DASH,<br><br>                Plaintiff,<br><br>      v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>                Defendant. | Case No. 3:14-cv-_____ (___) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, United Services Automobile Association, Defendant, gives notice that Case No. 3AN-14-4831 CI, as captioned above, is hereby removed to the United States District Court for the District of Alaska from the District Court for the State of Alaska, Third Judicial District at Anchorage, where said case was originally filed and is currently pending. United Services Automobile Association state:

1.     Removing party, United Services Automobile Association is the defendant in the above-captioned action;

NOTICE OF REMOVAL
*DASH v. UNITED SERVICES AUTOMOBILE ASSOCIATION*
CASE NO. 3:14-cv-_____ (____)

Page 1 of 3      /NEB

31575 pc060602

Case 3:14-cv-00046-JWS   Document 1   Filed 03/07/14   Page 1 of 3

2. On February 4, 2014, the above-entitled action was commenced against United Services Automobile Association in the District Court for the State of Alaska, Third Judicial District at Anchorage and is presently pending in that court;

3. United Services Automobile Association received service of the summons and complaint on February 7, 2014;

4. This Notice is filed within thirty (30) days of the date of service on the defendant. Service on United Services Automobile Association occurred on February 7, 2014.

5. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Plaintiff was a citizen of the State of Alaska and resided in Alaska. United Services Automobile Association is, and was at all times pertinent to this action, a Texas corporation. Thus, complete diversity exists between Plaintiff and all Defendants;

6. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $100,000, due to Plaintiff's demand for coverage at or in excess of $100,000, a copy of the Complaint For Damages is attached here as Exhibit A to this Notice and made by reference a part hereof;

7. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332 and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

A copy of all process, pleadings, and orders served upon defendant United Services Automobile Association is filed herewith in the Notice of Pleadings.

FARLEY & GRAVES, P. C.
807 G STREET, SUITE 250
ANCHORAGE, ALASKA 99501
(907) 274-5100  FAX (907) 274-5111

1    DATED this 7 day of March 2014 at Anchorage, Alaska.

2                                           FARLEY & GRAVES, P. C.

3

4                                           By:    s/Cheryl L. Graves
                                                CHERYL L. GRAVES
                                                807 G Street, Suite 250
5                                               Anchorage, AK  99501
                                                Ph. (907) 274-5100
6                                               Fax (907) 274-5111
                                                E-Mail:   cgraves@farleygraves.com
7                                               Alaska Bar No.:  9711062
                                                Attorneys for Defendant United Services
8                                               Automobile Association

9

10
                          **CERTIFICATE OF SERVICE**
11
Pursuant to Civil Rule 5, I hereby certify that on this 7 day of March 2014 a true and correct copy of the foregoing was served electronically on the following person(s):

12

    James W. Crowson, Esq.
13  Crowson Law Group
    205 E. Benson Blvd., Suite 102
    Anchorage, AK  99503
14  james@crowsonlaw.com

15
By:  s/Cheryl L. Graves

NOTICE OF REMOVAL                      Page 3 of 3                      /NEB
*DASH v. UNITED SERVICES AUTOMOBILE ASSOCIATION*
CASE NO. 3:14-cv-_____ (____)

31575 pc060602