CHERYL L. GRAVES, ESQ.
FARLEY & GRAVES, P. C.
807 G Street, Suite 250
Anchorage, Alaska 99501
(907) 274-5100 Fax (907) 274-5111

Attorneys for Defendant United Services
Automobile Association

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| HOWARD DASH,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>        Defendant. | Case No. 3:14-cv-0046 (JWS) |

## STIPULATION TO DISMISS

The parties through their respective attorneys stipulate to the entry of an Order of Dismissal, with prejudice and with each party to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) for the reason that the parties have reached final settlement in this matter.

DATED this 19 day of December 2014 at Anchorage, Alaska.

                          FARLEY & GRAVES, P. C.

                          By:   s/Cheryl L. Graves

STIPULATION TO DISMISS
*DASH v. UNITED SERVICES AUTOMOBILE ASSOCIATION*
CASE NO. 3:14-cv-0046 (JWS)
Page 1 of 2
/JT

Case 3:14-cv-00046-JWS Document 15 Filed 12/19/14 Page 1 of 2

CHERYL L. GRAVES
807 G Street, Suite 250
Anchorage, AK 99501
Ph. (907) 274-5100
Fax (907) 274-5111
E-Mail: cgraves@farleygraves.com
Alaska Bar No.: 9711062
Attorneys for Defendant United Services Automobile Association

CROWSON LAW GROUP

By: __s/James W. Croson__
James W. Crowson, Esq.
637 A Street
Anchorage, AK 99501
Ph. (907) 677-9393
Fax: (877) 420-9613
Email: james@crowsonlaw.com
Alaska Bar No.: 1105038
Attorneys for Plaintiff, Howard Dash

## CERTIFICATE OF SERVICE

Pursuant to Civil Rule 5, I hereby certify that on this 19 day of December 2014 a true and correct copy of the foregoing was served electronically on the following person(s):

James W. Crowson, Esq.
Crowson Law Group
james@crowsonlaw.com

Timothy M. Twomey, Esq.
Crowson Law Group
twomeylaw@gmail.com

By: _s/Cheryl L. Graves_

STIPULATION TO DISMISS
*DASH v. UNITED SERVICES AUTOMOBILE ASSOCIATION*
CASE NO. 3:14-cv-0046 (JWS)

Page 2 of 2

/JT